# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM A. HUNTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORECIVIC, INC., ET AL., )<br>)<br>Defendants. ) | Civil No. 3:17-cv-01269<br>Judge Trauger |

## ORDER

On August 3, 2017, the magistrate judge issued a Report and Recommendation (DE #29), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the defendants' Motion for Summary Judgment (Docket No. 23) is GRANTED and this case is DISMISSED without prejudice. Any appeal from this ruling will not be certified as taken in good faith.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 21st day of August 2018.

_____
ALETA A. TRAUGER
U.S. District Judge